JOSEPH WEISBERGER, APPELLANT, v. HERMAN MAURER, RESPONDENT.

Submitted October 30, 1931—Decided May 16, 1932.

For the appellant, *Kessler & Kessler.*

For the respondent, *Philip J. Schotland.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Dungan in the Essex County Circuit Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   14.

*For reversal*—None.